**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/22
```

AXIO LIMITED,

        Plaintiff,

    -against-

AVI & CO. N.Y. CORP.,

        Defendant.

**22 Civ. 620 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On March 23, 2022, the Court directed the parties to submit, within thirty (30) days, a joint letter addressing the following issues in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. (See Dkt. No. 10.) The parties were also directed to submit a completed Case Management Plan. On the April 25, 2022, after the Court's deadline, the parties submitted a proposed Case Management Plan, but failed to submit a joint letter addressing the issues noted above.

    The parties are ordered to submit a joint letter by Friday, April 29, 2022, that addresses the four issues identified above.

**SO ORDERED.**

Dated:     April 26, 2022
           New York, New York

                                                              Victor Marrero
                                                                U.S.D.J.